**Motion for Rehearing Granted, Memorandum Opinion filed June 1, 2017, Withdrawn, Appeal Reinstated, and Order filed August 1, 2017.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-17-00154-CV**

———————

**LA FLECHA HOLDINGS, INC., Appellant**

**V.**

**FIND A HOME, LLC, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-50859**

## ORDER

On June 1, 2017, this court issued an opinion dismissing this appeal. On June 19, 2017, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed June 1, 2017, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED**. The reporter's record is due 30 days from the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.